THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY GORDON VAUGHN, Appellant.—

Present —

Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.